AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

~~ORIGINAL~~

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>**Information Associated with the Google account:**<br>**floopiemathew@gmail.com** | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 4:24sw16 |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Northern _____ District of _____ California _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before *Feb. 20, 2024* *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ ROBERT J. KRASK _____.
UNITED STATES MAGISTRATE JUDGE *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   02/06/2024 2:00 pm  *1:54 p.m.*

*Judge's signature*

City and state:   Norfolk, Virginia   Robert J. Krask, United States Magistrate Judge
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>4:24sw0016 | Date and time warrant executed:<br>2-8-24  7:51am | Copy of warrant and inventory left with:<br>TFO Heather Call |
| Inventory made in the presence of :<br>TFO Heather Call | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>Digital records for the Google account floopiemathews@gmail.com | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3-14-2024

_____
*Executing officer's signature*

Heather Call, Taskforce Officer
*Printed name and title*

RECEIVED

2024 MAR 14  A 9:20

CLERK US DISTRICT COURT
NORFOLK, VIRGINIA

# ATTACHMENT A

## DESCRIPTION OF THE PREMISES TO BE SEARCHED

This warrant applies to information associated with the Google LLC and Google Drive accounts: **floopiemathew@gmail.com**, from August 2020 to present, that is or was stored at the premises owned, maintained, controlled, or operated by Google LLC, a company whose custodian of records is located 1600 Amphitheatre Parkway, Mountain View, California 94043;

1

## ATTACHMENT B

## PARTICULAR THINGS TO BE SEIZED

**I.     Information to be disclosed by Google LLC,**

To the extent that the information described in Attachment B is within the possession, custody, or control of Google LLC, Google LLC is required to disclose the following information to the government for each account listed in Attachment A:

a.   The contents of all e-mails stored or that were stored in the account, including copies of e-mails sent from the accounts;

b.   All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.   All records or other information stored by an individual using the account, including address books, contact and buddy lists, pictures, and files;

d.   All records pertaining to communications between Google Inc. and any person regarding the account, including contacts with support services and records of actions taken;

e.   Google Drive information, including but not limited to, basic subscriber information such as names, physical addresses, email addresses, telephone numbers, information regarding purchase/download content, transactional records, and connections, update/re-download connections, and data.

f.   Other Google content, including but not limited to, images, videos, documents, contacts, calendars, bookmarks, and device backups.

**II.    Information to be seized by the government**

All information described above in Section I and content that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. §2252A(a)(1), 2252A(a)(2), and 2252A(a)(5)(B) including information pertaining to the following matters:

a.   Content for e-mail accounts: **floopiemathew@gmail.com,** relating to children engaged in sexually explicit conduct;

b.   Content pertaining to requesting images or pictures, relating to children engaged in sexually explicit conduct;

c.   The attempted or actual receipt, distribution and possession of child pornography and;

d.   Records relating to who created, used, or communicated with the user account.

**III.    Disclosure by provider – By Order of the Court**

Notwithstanding Title 18, United States Code, Section 2252A (similar statute or code) Google LLC shall disclose responsive data, if any, by delivering encrypted files through Google's Law Enforcement Request System.

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to Title 28, U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Google Inc., and my official title is _____. I am a custodian of records for Google Inc. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Google, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b.      such records were kept in the ordinary course of a regularly conducted business activity of Google Inc.; and

c.      such records were made by Google Inc. as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____        _____
Date                                            Signature

3